Kenneth D. Freundlich (SBN 119806)
Michael J. Kaiser (SBN 258717)
FREUNDLICH LAW
16133 Ventura Boulevard, Suite 1270
Encino, CA 91436
P: (310) 275-5350
F: (310) 275-5351
E-Mail: ken@freundlichlaw.com
mkaiser@freundlichlaw.com

Attorneys for Plaintiffs
Walter Afanasieff, Katie Cazorla,
The Painted Nail LLC and Katie Cazorla Designs, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE CAZORLA, an individual; WALTER AFANASIEFF, an individual; THE PAINTED NAIL LLC, a California limited liability company; KATIE CAZORLA DESIGNS, LLC, a California limited liability company<br><br>Plaintiffs,<br><br>vs.<br><br>KEN HUGHES, an individual; and DIGITAL WELDERS, an entity of unknown form<br><br>Defendants. | Case No. CV14-2112-MMM-CWx<br><br>[Filed concurrently herewith Memorandum of Law in Further Support of Motion]<br><br>DATE: April 7, 2014<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 780--Roybal<br>255 E. Temple St.<br>LA, CA 90012 |

**DECLARATION OF KATIE CAZORLA IN FURTHER SUPPORT OF OSC**

**RE: PRELIMINARY INJUNCTION**

1

DECLARATION OF KATIE CAZORLA IN FURTHER SUPPORT OF OSC RE: PRELIMINARY INJUNCTION

1        KATIE CAZORLA, being duly sworn and deposed, says under penalty of
2  perjury:
3        I am a Plaintiff together with Walter Afanasieff ("Afanasieff"), The Painted Nail,
4  LLC (the "PN LLC") and Katie Cazorla Design, LLC. ("KCD, LLC") (all of which are
5  herein "Plaintiffs").  I am the owner of the PN LLC and KCD, LLC and I reside in Los
6  Angeles, California and am an actress and entrepreneur who has created businesses
7  primarily focused around the nail care industry. I submit this declaration in further support
8  of Plaintiffs' OSC RE: Preliminary Injunction. If called and sworn as a witness I could and
9  would testify to the facts set forth herein.
10        On March 10, 2014, after asking several times for days, I e-mailed Defendant Ken
11  Hughes ("Hughes") asking him to give back mine (and my companies'), and Plaintiff
12  Afanasieff's domain names and associated website content. A true and correct copy of that
13  e-mail is attached hereto as **Exhibit A**. Hughes' response was gibberish, essentially
14  conveying that he would not return the domain names or the website content. He attempted
15  to justify his extortionate conduct by making up irrelevant lies concerning the parties'
16  relationship, many of which he has repeated in his opposition papers.
17        Even after my attorney Brendon Vandergast wrote a demand letter to Hughes on
18  March 11, 2014, in an effort to get back Plaintiffs' domain names and website content, and
19  again on March 13, 2014, Hughes still did not return our property.
20        On March 14, 2014, since it was clear that Plaintiffs would not get their domain
21  names and website content back without litigation, given the extreme circumstances and
22  potential for irreparable harm that had befallen us, we hired Freundlich Law to prepare a
23  Complaint and Application for TRO.
24        Although surprisingly, Hughes returned Afanasieff's personal domain and its content
25  to Afanasieff on March 16, 2014, Hughes did not return the other domain names and related
26  website content, and so the litigation preparation continued.
27
28

2

DECLARATION OF KATIE CAZORLA IN FURTHER SUPPORT OF OSC RE: PRELIMINARY INJUNCTION

Plaintiffs filed their Complaint, Ex Parte Application, and related documents on March 20, 2014. Sometime that day, Hughes transferred ThePaintedNail.com and KatieCazorla.com, without the website content, to Afanasieff (not to me). The transfer to Afanasieff had not been confirmed and there was no certainty that godaddy.com would comply with any further transfer requests as the Court considered Plaintiffs' Ex Parte Application.

Hughes did not return my three other domain names he had converted: EverythingNailz.com, TheNailCollective.com, and HiSocietea.com. I did not get these domains back until I sent a copy of this Court's TRO to the domain registrar (GoDaddy.com) whereupon they were transferred to me subject to a "registrar-lock" to prevent further transfer or deletion during the proceedings unless and until the Court issues a permanent injunction in this matter. *See* E-mail from GoDaddy.com dated March 25, 2014, a true and correct copy of which is attached hereto as Exhibit B.

I now surmise that Hughes' inexplicable behavior might be explained by the fact that Hughes, through his previous position as my webmaster, had access to my e-mail account and was likely reading confidential pre-lawsuit e-mails between me and my counsel. Accordingly, I believe that Hughes likely transferred these three domain names-- WalterAfanasieff.com, KatieCazorla.com, and ThePaintedNail.com--in a misguided effort to avoid liability from a lawsuit in this Court.

I paid for the registration of each domain name and Afanasieff paid monthly checks (except for the payment I made in February 2014) to Hughes for the upkeep. Attached collectively as Exhibit C are true and correct copies of the checks that I wrote to Hughes for payment of the registrations and his monthly check of $3,000 which I wrote to him in March 2014 before he resigned.

I never asked Hughes to register any of my domains in a way that would prevent me from taking control over them at any time. All these domain names are, and, at all relevant times, were mine, not Hughes'. While I did ask Hughes to "monitor" my domain names and

3
DECLARATION OF KATIE CAZORLA IN FURTHER SUPPORT OF OSC RE: PRELIMINARY INJUNCTION

to register them, I never told him to register the names in such a way as to give him unfettered dominion and control over my property.

Each of the scurrilous documents Hughes has attached to his "opposition" tell an incomplete story and are attached and referred by him in a further attempt to cause harm. First, the alleged bankruptcy was a non-event. One month after it was filed, it was dismissed.

Plaintiff the PN LLC was never evicted from its lease nor was there ever a lawsuit in this regard as Hughes suggests. To the contrary, the lease ended and Plaintiff did not renew it.

Hughes' reference to a "wrongful dismissal" lawsuit is misleading. What Hughes does not tell this Court is that a disgruntled former employee filed claims against the PN LLC and me through the California Employment Development Office, where the PN LLC and I prevailed there and on appeal. This employee then went to the Unemployment Appeals Board where we once again prevailed. This vindictive ex-employee's allegations have all proven to be false.

The DLSE fine is on appeal because the facts are that the PN LLC never hired an unlicensed nail technician which would be preposterous since an internationally regarded television show was being filmed at The Painted Nail salon.

Finally, the two paragraphs in Hughes' opposition papers regarding Mark Falthzik are inapposite. There is no connection between Mark Falthzik and the matter presently before the Court. and Hughes' claims at p. 3:12-24 are specious in any event - - Falthzik was never offered any pay for anything related to "Color Flash"..

I affirm under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated:   March 31, 2014

*Katie Cazorla*

4

DECLARATION OF KATIE CAZORLA IN FURTHER SUPPORT OF OSC RE: PRELIMINARY INJUNCTION

# EXHIBIT A

# Kenneth D. Freundlich

| | |
|---|---|
| **From:** | Katie Cazorla [katie@katiecazorla.com] |
| **Sent:** | Monday, March 10, 2014 12:31 PM |
| **To:** | Ken Hughes |
| **Cc:** | Walter Afanasieff; Marc Cazorla; Jeff Katofsky; Brendon Vandergast |
| **Subject:** | Our info and belongings |

Ken,
We have asked you multiple times, for days now with no reply. This will be the last time before we have to involve our lawyers.
We NEED our domains. You cannot keep this information from us.
We need the admin login and passwords for our property TODAY! Send over the info immediately for katiecazorla.com everythingnailz.com thenailcollective.com thepaintednail.com walterafanasieff.com We paid for and own these domains.
We also need to get our furniture you borrowed, out of your house. Many pieces are going into my new store and I need them right now. We have waited for days all while you have completely ignored Walter's texts and emails. You cannot keep our belongings. We are done waiting.
You need to do what's right here Ken.


Katie Cazorla
www.katiecazorla.com
twitter.com/thepaintednail
facebook.com/officialkatiecazorla
facebook.com/thepaintednailLA

1

# EXHIBIT B

**Kenneth D. Freundlich**

| | |
|---|---|
| **From:** | Katie Cazorla [pinkkatie13@mac.com] |
| **Sent:** | Sunday, March 30, 2014 12:25 PM |
| **To:** | Kenneth D. Freundlich |
| **Subject:** | Fwd: 9-Order to transfer |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Katie Cazorla
310-666-2054
www.katiecazorla.com
twitter.com/thepaintednail
facebook.com/officialkatiecazorla
facebook.com/thepaintednailLA

Begin forwarded message:

> **From:** disputes <disputes@godaddy.com>
> **Date:** March 25, 2014 at 12:29:15 PM PDT
> **To:** Katie Cazorla <pinkkatie13@mac.com>
> **Subject: RE: 9-Order to transfer**
>
> Dear Katie Cazorla,
>
> Thank you for your email. In accordance with the Temporary Restraining Order, we have moved the following domain names to the GoDaddy account you have provided:
>
> KatieCazorla.com
> EverythingNailz.com
> TheNailCollective.com
> Thepaintednail.com
> HiSocietea.com
>
> Please note, we are not able to assist with the transfer of domain names not listed in the order. If you have additional domain names to be transferred, please provide further order of the court which lists the domain names in question.
>
> In addition, because this is a temporary order, the domain names have been placed on registrar-lock to prevent further transfer or deletion during the proceedings. The lock will remain until we are provided a final order of the court. Should you require any DNS updates to the domain names in the meantime, please let us know.
>
> If you have any questions, please have your attorney contact us directly at this email address.
>
> Kindest Regards,
>
> Shannon Canedy

Disputes Administrator
GoDaddy
994479

**EXHIBIT C**



#1
Posting Date: 20130731
Sequence Number: 2790168181
Amount: $428.41
Account: 205636217
Routing Transit Number: 32227162
Check/Serial Number: 000000007904
Bank Number: 703
IRD Indicator: 0
BOFD: 000000000
Capture Source: PV
Entry Number: 0000006506
UDK: 703130731002790168181
Cost Center:
Teller Number:
Teller Sequence Number:
Missing Image: 5
PE Indicator: N
Application Code: 1
Trancode: 007904
DB/CR: DB
Item Type: P
Processing Date:

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

#1

| | |
|---|---|
| Posting Date: | 20140128 |
| Sequence Number: | 4090424771 |
| Amount: | $3,000.00 |
| Account: | 3130889451 |
| Routing Transit Number: | 32227162 |
| Check/Serial Number: | 000000000190 |
| Bank Number: | 703 |
| IRD Indicator: | 0 |
| BOFD: | 000000000 |
| Capture Source: | PV |
| Entry Number: | 0000004050 |
| UDK: | 703140128004090424771 |
| Cost Center: | |
| Teller Number: | |
| Teller Sequence Number: | |
| Missing Image: | 5 |
| PE Indicator: | N |
| Application Code: | 1 |
| Trancode: | 000190 |
| DB/CR: | DB |
| Item Type: | P |
| Processing Date: | |

KATHRYN J. CAZORLA
2534 LAUREL PASS
LOS ANGELES, CA 90046-1404
(310)666-2054

90-7162/3222
3130889451

190

Jan 21st 2014

Pay to the order of Ken Hughes     $3000.00

Three thousand & 00/100 ———— Dollars

Washington Mutual
Washington Mutual Bank, FA
Hollywood-Sunset Financial Center 1033
8150 Sunset Boulevard   1 800-788-7000
Los Angeles, CA 90046   24 hour Customer Service

Memo: Website — Dec.

Kathy C.

⑆322271627⑆ 3130889451⑈ 0190

2240190599

Copyright © 2010 J.P Morgan Chase & Co. All Rights Reserved

**KATIE CAZORLA DESIGNS LLC**
(310) 666-2054

5588
90/7162

DATE Nov 2 2013

PAY TO THE ORDER OF Ken Hughes  $ 316.85

Three hundred & sixteen & 85/100 — DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Money Owed

⑆322271627⑆  205636217⑈ 5588

2346234308

#1
Posting Date: 20131105
Sequence Number: 6970165472
Amount: $316.85
Account: 205636217
Routing Transit Number: 32227162
Check/Serial Number: 000000005588
Bank Number: 703
IRD Indicator: 0
BOFD: 000000000
Capture Source: PV
Entry Number: 0000007343
UDK: 703131105006970165472
Cost Center:
Teller Number:
Teller Sequence Number:
Missing Image: 5
PE Indicator: N
Application Code: 1
Trancode: 005588
DB/CR: DB
Item Type: P
Processing Date:

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved