Ken Hughes
12932 La Maida St
Sherman Oaks, CA 91423
818-667-5591
ken@digitalwelders.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE CAZORLA, AN INDIVIDUAL; WALTER AFANASIEFF, AN INDIVIDUAL; THE PAINTED NAIL LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; KATIE CAZORLADESIGNS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>KEN HUGHES, AN INDIVIDUAL; AND DIGITAL WELDERS, AN ENTITY OF UNKNOWN FORM<br><br>Defendant | Case No.: CV 14-02112-MMM(CWx)<br><br><br><br>SUPPLEMENTRAY DECLARATION ORDER TO SHOW CAUSE RE PRELIMINARY INJUCTION |

       The defendant apologizes to the court for his gibberish as the plaintiff's lawyer calls it. He doesn't have the funds to hire a professional but he takes pride in the fact that in his 20+ years as a professional IT / Web Developer he have never been involved in a lawsuit. Unfortunately this leaves the defendant inexperienced, so he asks the court to be patient as he tries to stick to only the facts and supporting documents. Please note digitalwelders was registered as a LLC on August 26th/ 2013. The defendant Ken Hughes was paid $10,000.00 from Wally World Productions / US Trust Corp for website and $3000.00 per month from September 2013 to February 2014.

       Initially the only supporting documents that the plaintiffs supplied were The Painted Nail "Trademark", which the defendant does not dispute. Which is why he transferred of domain names and complete control including any and all files associated with The Painted Nail / Katie Cazorla within 8 business days by his own accord. It's important to remember that once control is handed over, the plaintiffs have full control to download all files associated with respective sites, as they existed.

       The reason this defendant is adding this supplemental declaration is because he believes the plaintiffs has perjured themselves with their sworn statements. They are trying to convince the court that Katie Cazorla actually paid for web maintenance.

SUPPLEMENTRAY DECLARATIONORDER TO SHOW CAUSE RE PRELIMINARY INJUCTION - 1

1. In plaintiff Walter Afanasieff sworn statement he claims he paid $10,000.00 in August and subsequent monthly payments for maintenance from Sep 13 – through to February 14. He was having financial problems and borrowed money in Jan from Cazorla to pay an invoice that he owed for maintenance.

2. In plaintiff Katie Cazorla's sworn statement she states she gave a check to the defendant. She neglects to say it was on Afanasieff's behalf for his January maintenance invoice. Please refer to plaintiffs document 15-2 filed 03/31/14 invoiced date January 20th/2014. This check was voided notice the note Afanasieff put on check copy backup "Katie paid Ken, so we owe Katie". The defendant also has a text message from Afanasieff because Cazorla's check bounced and he said " I am so sorry, she was helping me out this month".

3. The defendants are trying to mislead the court by stating Cazorla paid for maintenance. It's very clear she lent the money to Afanasieff and tried to use this to mislead the courts.

4. Please note the errata submitted April 3rd/ 2014 they correct the check date yet still choose to knowingly mislead the court of the nature the check was given.

5. The following is addressing the additional false claims that any of the cancelled checks paid for domains or maintenance. Walter Afanasieff document 15-2 page 5 (page ID #154) check 499 dated April 26/ 2013 for $150.00; this was actually for Katie Cazorla business cards. Document 15-2 page 6 (pageID #155) check dated October 5/2013 for $500.00 was reimbursement for Netgear hardware the defendant installed for the plaintiffs residential network.

6. Katie Cazorla 15-1 page 11 (pageID # 147) check dated July 26th/ 2013 was for reimbursement of shipping/shipping supplies that the defendant paid for while filling and shipping Cazorla's online orders.

7. Document 15-1 page 12 (page ID #148) check dated January 21/2014 (#190) is the check used to pay for Walter Afanasieff maintenance, which he borrowed, from her. Document 15-1 page 13 (page ID #149) dated November 1st/ 2013 for $316.85 was also for shipping/shipping supplies.

8. The plaintiffs also lie about a backlash from the defendant's social media, untrue and no proof whatsoever. There was never any bad faith on part of the defendant from the time he registered all domains up to and including the time he transferred domains.

9. Defendant transferred Afanasieff's domain in 5 business days after officially being asked and Cazorla's 3 business days later. I will submit proof that the domain's were accepted and confirmed transfer completed by Godaddy, this proving that again that the plaintiffs lied in their sworn statement. Please note that once

SUPPLEMENTRAY DECLARATIONORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION - 2

1  domain is transferred and confirmed by person/person's receiving the transfer request they have full control over all
2  aspects of domain including web site files. Please refer to exhibit A, showing transfer confirmed and accepted at
3  7:00pm on March 20th /2014.
4       The initial transfer for Afanasieff was sent to the plaintiffs email dudey58@me.com based upon
5  the success of other domain acceptance by plaintiffs, this is why the same email address to transfer domains for
6  Cazorla was used.
7       It's not the defendant's fault that Cazorla submitted all 5 domains to Godaddy, the plaintiffs
8  already had in their possession the following domains; walterafanasieff.com, thepaintednail.com (.net, .org),
9  katiecazorla.com on March 20th/ 2014 @ 7:00pm. On March 25th/ 2014 fives days after the plaintiffs already had
10 confirmation and possession of domains and all content they still submitted all five domains to GoDaddy causing a
11 freeze & lock of all domains.
12      The plaintiffs have accused the defendant of registering names without permission, Hughes
13 previously submitted proof that they indeed knew and directed him to do so. Again Cazorla continues to lie in court
14 documents claiming she had no knowledge of why defendant would take down the Painted Nail site and complete a
15 redirect to the Katie Cazorla site. I provided proof previously that she knew and directed me to do so, proving she is
16 lying to the court.
17      Now the plaintiffs are accusing Hughes of somehow reading emails so he could collect special
18 knowledge of all of their lawsuits. This just gets more ridiculous and is obviously a desperate attempt to continue to
19 manipulate the courts.
20      Every document that defendant has submitted is public knowledge and his own correspondence
21 with plaintiffs via emails & texts. This is an obvious attempt by plaintiffs to use the courts to obtain the three
22 domains thenailcollective.com, everythingnailz.com & hisocietea.com.
23      The fact is from the moment the defendant registered the plaintiffs domain names as instructed by
24 them over a year ago, there is absolutely no evidence of bad faith or harm to the plaintiffs businesses. Another fact
25 is that defendant transferred domain names which includes access to content within 8 business days of being
26 officially asked which is a reasonable time frame. Please note defendant acted before any knowledge of lawsuit.
27
28
SUPPLEMENTRAY DECLARATIONORDER TO SHOW CAUSE RE PRELIMINARY INJUCTION - 3

1  Lastly the fact is that the 3 domains (thenailcollective.com, hisocietea.com &
2  everythingnailz.com) were non-existent businesses at the time of register. The defendant doesn't object to the
3  transfer of walterafanasieff.com, katiecazorla.com & thepaintednail.com (.org, net) in fact he took it upon himself to
4  transfer prior to any knowledge of lawsuit. The defendant however does disagree with the court's decision to allow
5  the following domains to be transferred everythingnailz.com, thenailcollective.com & hisocietea.com. It's the
6  opinion of the defendant that the plaintiffs are manipulating the court to obtain these three domains in question. I
7  ask that the court reverse their decision.

Dated this 3rd of April 2014.

_____
Defendant Name

SUPPLEMENTRAY DECLARATIONORDER TO SHOW CAUSE RE PRELIMINARY INJUCTION - 4

EXHIBIT A

From: GoDaddy donotreply@godaddy.com
Subject: Domain Account Change - registrant change
Date: March 20, 2014 at 7:00 PM
To: ken@digitalwelders.com



24/7 Support: **(480) 505-8877**

My Account

# An important notice regarding your domain

This email is to confirm the recent change of registrant of the following domain name(s):

KATIECAZORLA.COM
THEPAINTEDNAIL.COM
THEPAINTEDNAIL.NET
THEPAINTEDNAIL.ORG

The change has been completed and the available information has been recorded in our system.

GoDaddy has determined that the registrant has provided the necessary documentation to initiate a change of account. If for any reason this information is incorrect or you feel this change of registrant request was made in error, please contact us within 15 days at undochange@godaddy.com.

Sincerely,
GoDaddy

Find your perfect domain name          Search now at GoDaddy

Please do not reply to this email. Emails sent to this address will not be answered.

Copyright © 1999-2014 GoDaddy.com, LLC. All rights reserved.