1  Ken Hughes
2  12932 La Maida St
   Sherman Oaks, CA 91423
   818-667-5591
3  ken@digitalwelders.com

4                     UNITED STATES DISTRICT COURT

5                     CENTRAL DISTRICT OF CALIFORNIA

6  KATIE CAZORLA, AN INDIVIDUAL; WALTER        Case No.: CV 14-02112-MMM(CWx)
   AFANASIEFF, AN INDIVIDUAL; THE PAINTED
7  NAIL LLC, A CALIFORNIA LIMITED LIABILITY
   COMPANY; KATIE CAZORLADESIGNS, LLC, A
8  CALIFORNIA LIMITED LIABILITY COMPANY
                                                SUPPLEMENTRAY DECLARATION PART TWO
9            Plaintiffs,                        ORDER TO SHOW CAUSE RE PRELIMINARY
                                                INJUCTION
10 vs.

11 KEN HUGHES, AN INDIVIDUAL; AND DIGITAL
   WELDERS, AN ENTITY OF UNKNOWN FORM
12
             Defendant
13

14         The defendant apologizes to the court for this last minute exhibit, however it is important to show

15 how plaintiffs truly behave despite the fact they continuously portray themselves as victims. The attached document

16 is an actual screen shot of the plaintiff's own social media dated 04-05-2014 @ 02:55:11 where she retaliates

17 publically towards defendant with slander and purposely makes reference to the defendant as a "CROOK". This

18 was brought to the attention of defendant by one of his clients who follow plaintiffs social media. The facts are

19 plaintiffs received domain names prior to defendant having any knowledge of court proceedings proving that no

20 harm was to come to plaintiffs or respectively their businesses yet they have done the exact opposite causing

21 damage to defendant via social media. Defendant as per guidelines & terms of social media platform has reported

22 plaintiff's social media outburst as abuse.

23

24         Dated this 6th of April 2014.

25

26                                                    _____
                                                      Defendant Name
27

28 SUPPLEMENTRAY DECLARATION PART TWO ORDER TO SHOW CAUSE RE PRELIMINARY
   INJUCTION - 1

EXHIBIT A

