JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE CAZORLA, an individual; WALTER AFANASIEFF, an individual; THE PAINTED NAIL LLC, a California limited liability company; KATIE CAZORLA DESIGNS, LLC, a California limited liability company<br><br>Plaintiffs,<br><br>vs.<br><br>KEN HUGHES, an individual; and DIGITAL WELDERS, an entity of unknown form<br><br>Defendants. | Case No. CV14-2112-MMM-CWx<br><br>**[PROPOSED] ORDER OF DISMISSAL OF ACTION IN ITS ENTIRETY** |

# ORDER

Pursuant to the parties' Stipulation, this action is hereby dismissed, in its entirety and as to all parties, with prejudice and with plaintiffs and defendants to bear their respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 30, 2014

_____
The Honorable Margaret M. Morrow
United States District Judge

*Submitted by:*

Kenneth D. Freundlich, Cal. Bar No. 119806
E-Mail: ken@freundlichlaw.com
FREUNDLICH LAW
16133 Ventura Boulevard, Suite 1270
Encino, CA 91436

Attorneys for Plaintiffs
Walter Afanasieff, Katie Cazorla,
The Painted Nail LLC and Katie Cazorla Designs, LLC